IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,        )
        )
        Plaintiff,        )
        )
v.        )        No. 3:07-CR-29
        )        (Phillips / Guyton)
BOBBY RAY MCCLURE, JR.,        )
        )
        Defendant.        )

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on two pretrial motions filed by Defendant Bobby Ray McClure: Motion to Continue [Doc. 32]; and Motion for Discovery [Doc. 33].

Mr. McClure's Motion to Continue [Doc. 32] asks that the Court continue the trial of this matter in order than his newly appointed counsel will have opportunity to prepare for his defense. On November 2, 2007, the Court has continued the trial date to March 13, 2008. Because this continuance has already addressed the concerns raised in the motion, Motion to Continue **[Doc. 32]** is **DENIED** as moot.

In his Motion for Discovery [Doc. 33], Mr. McClure seeks disclosure of material the Court has already ordered the government to provide in the Order on Discovery and Scheduling [Doc. 9]. Accordingly, defendant's Motion for Discovery **[Doc. 33]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

\_\_\_\_\_s/ H. Bruce Guyton_____
United States Magistrate Judge